UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE, | ) | |
|     Plaintiff, | ) | Civil Action No. 24-30134-KAR |
| | ) | |
| v. | ) | |
| | ) | |
| TRUSTEES OF AMHERST COLLEGE, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

ORDER OF DISMISSAL
December 22, 2025

ROBERTSON, U.S.M.J.

The complaint in the above-entitled action was filed on October 31, 2024. As of this date there has been no return to the Court of proof of service of the summons and complaint as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court.

Accordingly, it is hereby ORDERED that, pursuant to Local Rule 4.1(b), the above-entitled action is dismissed without prejudice for failure to timely file proof of service.

By the Court,

/s/ Melissa M. Rivera
Deputy Clerk